UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                Plaintiff,

      v.

JERMELLE L. COTTON,

                                Defendant.
_____

DECISION AND ORDER

18-CR-6182DGL

       The defendant Jermelle L. Cotton ("Cotton") was sentenced for possession of fentanyl and for use of a firearm to a 97-month term of imprisonment and judgment was entered accordingly on June 5, 2019.  By Order entered August 8, 2023 (Dkt. #31), this Court denied Cotton's *pro se* motion to set aside the judgment.  The Court's decision explained the reasons for that denial.

       Now Cotton has filed a *pro se* motion (Dkt. #32) for reconsideration of the Court's prior decision denying his motion to vacate the judgment.  I have reviewed Cotton's three-page motion, and although it discusses many matters, nothing in the new motion suggests any reason whatsoever for the Court to reconsider its prior order and decision of August 8, 2023 denying Cotton's motion to vacate the judgment.

## CONCLUSION

Defendant Jermelle L. Cotton's motion (Dkt. #32) for reconsideration is in all respects DENIED.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
October 12, 2023.